■ NORA O'CONNELL, as Administratrix of the Estate of JOSEPH K. O'CONNELL, Deceased, Respondent, v. ENTERPRISE PAPER CORP. et al., Appellants. NEW AMSTERDAM MOTOR TRANSPORTATION CORP., Third-Party Plaintiff-Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Third-Party Defendant-Respondent.— In an action to recover damages for wrongful death, the defendants Enterprise Paper Corporation and James Hargett, and the defendant and third-party plaintiff New Amsterdam Motor Transportation Corp. appeal from a judgment of the Supreme Court, Queens County, entered June 19, 1961 after a jury trial, which awarded damages to the plaintiff against them as defendants, and which dismissed the third-party complaint of the defendant New Amsterdam Motor Transportation Corp. against Consolidated Edison Company. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CARTER, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated October 13, 1961, which denied, without a hearing, his application to vacate a judgment of said court rendered March 13, 1959 on his plea of guilty, convicting him of robbery in the second degree, unarmed, and imposing sentence. The denial of the application "was without prejudice to a renewal thereof upon sufficient papers." The basis for defendant's application is: (1) that his plea of guilty was coerced by his assigned counsel; and (2) that the County Judge and the District Attorney had made representations to his assigned counsel that he (defendant) would receive a suspended sentence. The defendant failed to submit any affidavit from his assigned counsel in support of his claim as to the representations allegedly made to such counsel. Order affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER J. CHAPMAN, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered March 28, 1958 after a jury trial, convicting him of robbery in the first degree, grand larceny in the second degree, and assault in the second degree, and imposing sentence. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DURHAM, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, rendered June 14, 1961, after trial, convicting him of assault in the third degree, and imposing sentence. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ PATRICIA M. LUDEMAN, Respondent, v. LOUIS H. LUDEMAN, Appellant.— In an action for a judicial separation, defendant appeals from an order of the Supreme Court, Kings County, dated January 3, 1962, which denied without a hearing, his motion to modify an order of said court, dated December 1, 1961, adjudging him in contempt for failure to pay alimony. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.